**JOHNSTON v. CANUTE S. S. CO., Limited (TIDEWATER COAL EXCHANGE, Inc., Garnishee).**

(Circuit Court of Appeals, Fourth Circuit.   March 31, 1923.)

No. 2032.

Appeal from the District Court of the United States for the District of Maryland, at Baltimore; John C. Rose, Judge.

Libel in admiralty by the Canute Steamship Company, Limited, against the Diamond Fuel Company, Inc., to recover for failure to furnish a cargo of coal as required by charter party, with the Tidewater Coal Exchange, Inc., as garnishee. From a decree for libelant (273 Fed. 301), John B. Johnston, receiver of the respondent Fuel Company, appeals. Affirmed.

W. Ainesworth Parker and R. E. Lee Marshall, both of Baltimore, Md. (Brown, Marshall, Brune & Parker, of Baltimore, Md., on the brief), for appellant.

Charles R. Hickox, of New York City (Stuart S. Janney, of Baltimore, Md., and Earl Appleman, of New York City, on the brief), for appellees.

Before WOODS and WADDILL, Circuit Judges, and WEBB, District Judge.

PER CURIAM. We are satisfied with the reasoning and conclusion of the District Court in the opinion in this case, Canute S. S. Co. v. Diamond Fuel Co., 273 Fed. 301, and in the related cases of Romney S. S. Co. v. McNeil & Sons Co., 273 Fed. 287, Hellenic Transport S. S. Co. v. McNeil & Sons Co., 273 Fed. 290, Western Counties Shipping Co., Limited, v. McNeil & Sons Co., 273 Fed. 298, and Campania Navigazione Sota y Aznar v. Diamond Fuel Co., 273 Fed. 299. We think nothing of value can be added.

Affirmed.